JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LINO PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No. 2:21-cv-01609-JCM-DJA<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 25, 2021 through and including **November 24, 2021**.  The request was made by Equifax in order to allow the parties additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 28nd day of October, 2021.

1  CLARK HILL PLLC

2  By: /s/Jeremy J. Thompson
Jeremy J. Thompson
3  Nevada Bar No. 12503
3800 Howard Hughes Pkwy,
4  Suite 500
Las Vegas, NV 89169
5  Tel: (702) 862-8300
Fax: (702) 862-8400
6  Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: October 29, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 28nd day of October, 2021, via CM/ECF, upon all counsel of record:

> By: /s/Jeremy J. Thompson
> Jeremy J. Thompson
> Nevada Bar No. 12503
> 3800 Howard Hughes Pkwy, Suite 500
> Las Vegas, NV 89169
> Tel: (702) 862-8300
> Fax: (702) 862-8400
> Email: jthompson@clarkhill.com